**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RICHARD WOLFFER )<br>　　Plaintiff　　　　　　　　　) <br>　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>PINNACLE ASSET GROUP, LLC & )<br>JOHN DOE a/k/a MARK JOHNSON )<br>　　Defendants　　　　　　　) <br>　　　　　　　　　　　　　　　) | CIVIL ACTION NO.<br>3:10-CV-01902-MRK<br><br><br><br><br><br><br>APRIL 15, 2011 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Richard Wolffer, through his attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed, without costs or attorney's fees.

　　　　　　　　　　　　　　　Plaintiff, Richard Wolffer

　　　　　　　　　　　　　　　By/s/Daniel S. Blinn
　　　　　　　　　　　　　　　Daniel S. Blinn  (ct02188)
　　　　　　　　　　　　　　　Consumer Law Group, LLC
　　　　　　　　　　　　　　　35 Cold Spring Road, Suite 512
　　　　　　　　　　　　　　　Rocky Hill, CT  06067
　　　　　　　　　　　　　　　(860) 571-0408
　　　　　　　　　　　　　　　Fax: (860) 571-7457
　　　　　　　　　　　　　　　dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 15th day of April, 2011, a copy of foregoing Notice of Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

　　　　　　　　　　　　　　　/s/Daniel S. Blinn
　　　　　　　　　　　　　　　Daniel S. Blinn